| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 17-21219<br>District of Maryland<br>Greenbelt<br>Mon Sep  4 09:46:41 EDT 2017 | Nationstar Mortgage LLC<br>Robertson, Anschutz & Schneid P.L.<br>6409 Congress Ave. Suite 100<br>Boca Raton, FL 33487-2853 | ADT Security Services, Inc.<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 |
| Aspen Hill General and Community Dentist<br>13975 Connecticut Avenue #201<br>Silver Spring, MD 20906-2921 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Cherrywood HOA<br>PO Box 159<br>Olney, MD 20830-0159 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | FST Collect<br>PO Box 102<br>Lewes, DE 19958-0102 | HUD<br>Single Family Notes Branch<br>451 Seventh Street SW<br>Washington, DC 20410-0001 |
| James K. Feldman, DDS<br>4707 Connecticut Ave NW #108<br>Washington, DC 20008-5619 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nordstom FSB<br>PO Box 6555<br>Englewood, CO 80155-6555 |
| Sandy Spring Bank<br>17801 Georgia Avenue<br>Olney, MD 20832-2267 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste.  L-15<br>Rockville, MD 20850-4188 |
| U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410-0002 | James C. Martin<br>1401 Rockville Pike<br>Suite 650<br>rockville, MD 20852-1451 | Nancy Spencer Grigsby<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401-7623 |
| Patricia Lynn Caplan<br>25 Ethelwood Court<br>Olney, MD 20832-2900 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Nationstar Mortgage<br>350 Highland Drive<br>Lewisville, TX 75067 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                  18 |