IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **17–21219 – TJC**   Chapter: **13**

**Patricia Lynn Caplan**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 115 – Supplemental Application for Compensation.. Filed by Sari Karson Kurland. (Attachments: # 1 Exhibit) (Kurland, Sari). Related document(s) 99 Application for Compensation for Sari Karson Kurland, Debtor's Attorney, 2/23/2018 – 10/4/2018, Fee: $11500, Expenses: $.. Notice Served on 10/4/2018 filed by Debtor Patricia Lynn Caplan.

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 2/19/19.**

**1. A proposed order was not submitted with the Supplemental Application.**

**2. A notice of the Supplemental Application with the appropriate response language was not filed.**

CURE: A proposed order with a list of those who should receive a copy must be filed. Also, a copy of the proposed order must be transmitted to all other parties to the matter. All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03–02, Local Bankruptcy Rule 9013–3)

File a notice of the Supplemental Application for Compensation.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 2/5/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301–344–3496

cc:   Debtor

Attorney for Debtor – James C. Martin

defntc (rev. 12/12/2016)