Entered: February 21st, 2019
Signed: February 21st, 2019

**SO ORDERED**

No response or opposition.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVSION

IN RE:

PATRICIA CAPLAN,

                                      Case No. 17-21219-TJC
                                      Chapter 13

       Debtor

_____

### ORDER GRANTING ATTORNEY'S SUPPLEMENTAL
### APPLICATION FOR COMPENSATION

      This matter came before the Court on Counsel's Supplemental Application for Compensation and, upon review and any opposition filed thereto, good cause found, it is

      ORDERED, that the Supplemental Application for Compensation is GRANTED.

.

COPIES TO:
Sari Karson Kurland, Esq.
Chapter 13 Trustee
All Creditors and Parties of Interest

**END OF ORDER**