# IN THE UNITED STATES BANKRUPTCY COURT
## For The District of Maryland
at Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

**Case No.:   17–21219    Chapter:   13**

In Re: Debtor :

Patricia Lynn Caplan
25 Ethelwood Court
Olney, MD 20832

## NOTICE OF RESIGNATION OF STANDING TRUSTEE
## AND APPOINTMENT OF NEW STANDING TRUSTEE

Gerard R. Vetter, the Assistant United States Trustee for Region 4, hereby gives notice that Nancy Spencer Grigsby, Standing Chapter 13 Trustee, has resigned, effective October 1, 2019, as Standing Trustee, and that the United States Trustee has appointed Rebecca Herr as Standing Chapter 13 Trustee in the above–referenced case. **If you have any questions, please contact the Office of Rebecca Herr, Chapter 13 Trustee, at 301–805–4700, or email: bherr@ch13md.com.**

**Effective October 1, 2019, all notices, pleadings, and correspondence should be directed to:**

Rebecca Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
(301) 805–4700
(301) 805–9577 (fax)
Email: bherr@ch13md.com

**All plan payments should be mailed to:**

Rebecca Herr
Chapter 13 Trustee
PO Box 853
Memphis, TN 38101–0853

Date: 9/28/19

By: */s/ Gerard R. Vetter*
Assistant United States Trustee, Region 4