IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>PATRICIA L. CAPLAN<br><br>  Debtor | Case No. 17-21219-TJC<br>Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10<br><br>  Movant<br>v.<br><br>PATRICIA L. CAPLAN<br><br>  Respondents | Motion No. |

## EXHIBIT A -- DEBT

**Pre Petition Arrears**

| | | |
|---|---:|---:|
| POC arrears | | $0.00 |
| | Total: | $0.00 |

**Post Petition Arrears**

| | | |
|---|---:|---:|
| 2 payments of $3549.91 for 10/01/2019 - 11/01/2019 | | $7,099.82 |
| Attorney Fees and Costs | | $1,031.00 |
| Suspense Account | | ($1,800.88) |
| | Total: | $6,329.94 |
| **Total Pre and Post Petition Arrears:** | | **$6,329.94** |

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 56551

1