IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>PATRICIA L. CAPLAN<br><br>   Debtor | Case No. 17-21219-TJC<br>Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019<br><br>   Movant<br>v.<br><br>PATRICIA L. CAPLAN<br>25 Ethelwood Court<br>Olney, MD 20832<br><br><br>   Respondents | Motion No. |

### **NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

    U.S. Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10 has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to foreclosure on the property known as 25 Ethelwood Court, Olney, MD 20832. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 56551

**January 24, 2020**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

> Diane S. Rosenberg, Attorney for the Movant
> Rosenberg & Associates, LLC
> 4340 East West Highway, Suite 600
> Bethesda, MD 20814
> diane@rosenberg-assoc.com
>
> Rebecca A Herr, Trustee
> 185 Admiral Cochrane Drive, Suite 240
> Annapolis, MD 21401

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**FEBRUARY 10, 2020 AT 10:00 AM at the United States Bankruptcy Court, UnitedStates Bankruptcy Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770, Courtroom 3-E.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: January 10, 2020                /s/ Mark D. Meyer, Esq.
                                      Mark D. Meyer, Esq.
                                      Federal Bar 15070

                                      Rosenberg & Associates, LLC
                                      4340 East West Highway, Suite 600
                                      Bethesda, MD 20814
                                      301-907-8000
                                      mark.meyer@rosenberg-assoc.com

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 56551

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 8, 2020, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was served via ECF to the following:

> Rebecca A Herr, Trustee
> 185 Admiral Cochrane Drive, Suite 240
> Annapolis, MD 21401
>
> Sari Karson Kurland, Esquire
> The Law Offices of Sari K. Kurland, LLC
> 211 Jersey Lane , Rockville MD  20850

    I hereby further certify that on the 8th day of January, 2020, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Patricia L. Caplan
25 Ethelwood Court
Olney, MD 20832

                      /s/ Mark D. Meyer, Esq.
                      Mark D. Meyer, Esq.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 56551