## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | tricia Lynn Capl | Payment Changes | | | |
|---|---|---|---|---|---|
| | 0 | | | | |
| Case Number: | 17-21219 | From Date | To Date | Total Amount | P&I Total |
| Filing Date: | 08/21/17 | | | | |
| ayments in PO | $0.00 | | | | |
| st Post Due Da | 09/01/17 | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Applied (P&I and | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | | $ - |
| 03/27/18 | $ 2,500.00 | | | $ 2,500.00 | | | | | $ 2,500.00 | $ 2,500.00 |
| 05/14/18 | $ 4,400.00 | | | $ 6,900.00 | | | | | $ 4,400.00 | $ 6,900.00 |
| 05/15/18 | | | | $ 6,900.00 | | $ 2,615.82 | | | $ (2,615.82) | $ 4,284.18 |
| 07/09/18 | $ 3,796.73 | | | $ 10,696.73 | | | | | $ 3,796.73 | $ 8,080.91 |
| 07/09/18 | | | | $ 10,696.73 | | $ 2,615.82 | | | $ (2,615.82) | $ 5,465.09 |
| 08/17/18 | $ 3,796.73 | | | $ 14,493.46 | | | | | $ 3,796.73 | $ 9,261.82 |
| 08/17/18 | | | | $ 14,493.46 | | $ 2,952.46 | | | $ (2,952.46) | $ 6,309.36 |
| 09/20/18 | $ 3,796.73 | | | $ 18,290.19 | | | | | $ 3,796.73 | $ 10,106.09 |
| 09/20/18 | | | | $ 18,290.19 | | $ 2,952.46 | | | $ (2,952.46) | $ 7,153.63 |
| 10/29/18 | | | | $ 18,290.19 | | | $ 2,869.45 | | $ (2,869.45) | $ 4,284.18 |
| Loan Mod. Entered - Next Post Petition due date is 11/01/2018 | | | | $ 18,290.19 | | | | | $ - | $ 4,284.18 |
| | | | | $ 4,284.18 | | | | | $ - | $ 4,284.18 |
| | | | | $ 4,284.18 | | | | | $ - | $ 4,284.18 |
| 10/31/18 | | | $ 2,483.30 | $ 1,800.88 | Principal | $ 2,483.30 | | | $ (2,483.30) | $ 1,800.88 |
| 11/21/18 | $ 3,796.73 | | | $ 5,597.61 | | | | | $ 3,796.73 | $ 5,597.61 |
| 12/19/18 | $ 3,796.73 | | | $ 9,394.34 | | | | | $ 3,796.73 | $ 9,394.34 |
| 12/20/18 | | 11/01/18 | $ 3,855.06 | $ 5,539.28 | | $ 3,855.06 | | | $ (3,855.06) | $ 5,539.28 |
| | | 12/01/18 | $ 3,855.06 | $ 1,684.22 | | | | | $ - | $ 5,539.28 |
| 12/20/18 | $3,855.06 | 01/01/19 | $ 3,549.91 | $ 1,989.37 | | | | | $ 3,855.06 | $ 9,394.34 |
| 12/20/18 | | | | $ 1,989.37 | | $3,855.06 | | | $ (3,855.06) | $ 5,539.28 |
| 01/28/19 | $3,549.91 | 02/01/19 | $ 3,549.91 | $ 1,989.37 | | | | | $ 3,549.91 | $ 9,089.19 |
| 01/29/19 | | | | $ 1,989.37 | | $3,855.06 | | | $ (3,855.06) | $ 5,234.13 |
| 01/29/19 | $3,549.91 | 03/01/19 | $ 3,549.91 | $ 1,989.37 | | $3,549.91 | | | $ (3,549.91) | $ 1,684.22 |
| 02/18/19 | $3,549.91 | 03/01/19 | $ 3,549.91 | $ 1,989.37 | | | | | $ 3,549.91 | $ 5,234.13 |
| 02/19/19 | | | | $ 1,989.37 | | $3,549.91 | | | $ (3,549.91) | $ 1,684.22 |
| 03/22/19 | $3,361.42 | 04/01/19 | $ 3,549.91 | $ 1,800.88 | | | | | $ 3,361.42 | $ 5,045.64 |
| 03/25/19 | | | | $ 1,800.88 | | $3,549.91 | | | $ (3,549.91) | $ 1,495.73 |
| 05/15/19 | $3,361.42 | 05/01/19 | $ 3,549.91 | $ 1,612.39 | | | | | $ 3,361.42 | $ 4,857.15 |
| 05/30/19 | $3,593.91 | 06/01/19 | $ 3,549.91 | $ 1,656.39 | | | | | $ 3,593.91 | $ 8,451.06 |
| 05/31/19 | | | | $ 1,656.39 | | $3,549.91 | | | $ (3,549.91) | $ 4,901.15 |
| 06/27/19 | $3,593.81 | 07/01/19 | $ 3,549.91 | $ 1,700.29 | | | | | $ 3,593.81 | $ 8,494.96 |
| 06/28/19 | | | | $ 1,700.29 | | $3,549.91 | | | $ (3,549.91) | $ 4,945.05 |
| 08/05/19 | $3,650.50 | 08/01/19 | $ 3,549.91 | $ 1,800.88 | | | | | $ 3,650.50 | $ 8,595.55 |
| 08/06/19 | | | | $ 1,800.88 | | $3,549.91 | | | $ (3,549.91) | $ 5,045.64 |
| 08/06/19 | | | | $ 1,800.88 | | $3,549.91 | | | $ (3,549.91) | $ 1,495.73 |
| 10/03/19 | $3,549.91 | 09/01/19 | $ 3,549.91 | $ 1,800.88 | | | | | $ 3,549.91 | $ 5,045.64 |
| 10/04/19 | | | | $ 1,800.88 | | $3,549.91 | | | $ (3,549.91) | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |
| | | | | $ 1,800.88 | | | | | $ - | $ 1,495.73 |