UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

IN RE

Chapter 13

PATRICIA L. CAPLAN

Case NO. 17-21219-TJC

Debtor

### AFFIDAVIT IN SUPPORT OF MOTION BY U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10 FOR RELIEF FROM AUTOMATIC STAY

I, Chastity Wilson, declare under penalty of perjury as follows:

1. I am authorized to sign this affidavit as a(n) Assistant Secretary of Nationstar Mortgage LLC ("Nationstar"). This affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. Nationstar services and maintains records for the loan that is secured by the mortgage described in paragraph 4 below, in its capacity as servicer for Movant. As part of my job responsibilities for Nationstar, I am familiar with the type of records maintained by Nationstar in connection with the loan.

3. I have personal knowledge of the facts in this affidavit based upon a review of Nationstar's business records, and the information in this affidavit is taken from Nationstar's business records. I have personal knowledge of Nationstar's procedures for creating the records maintained by Nationstar in connection with the loan. They are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) made and kept in the usual and ordinary course of Nationstar's regularly conducted business activities; and (c) created by Nationstar as regular practice.

4. The Debtor(s), Patricia L. Caplan has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Debt Agreement"). Pursuant to that certainDeed of Trust referenced in the Motion("Deed of Trust"), all obligations of the Debtor(s) under and with respect to the Debt Agreement and the Deed of Trust are secured by the property referenced in the Motion.

5. U.S. Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10 directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay. The promissory note has been duly indorsed.

6. As of November 21, 2019, there are one or more defaults in paying post-petition amounts due with respect to the Debt Agreement.

7. As of November 21, 2019, the unpaid principal balance of the Debt Agreement is $612,720.29 .

8. The following chart sets forth those post-petition payments, due pursuant to the terms of the Debt Agreement, that have been missed by the Debtor(s) as of November 21, 2019:

| Number of Missed Payment | From | To | Principal and Interest | Escrow (if applicable) | Monthly Payment Amount | Total Amount |
|---|---|---|---|---|---|---|
| 2 | 10/1/2019 | 11/1/2019 | $2,787.29 | $762.62 | $3,549.91 | $7,099.82 |
| Less postpetition partial payments (suspense balance):   ($1,800.88) | | | | | | |
| | | | | | Total : | $5,298.94 |

9. As of November 21, 2019 the total post-petition arrearage/delinquency and amount necessary to cure the post-petition default alleged in the Motion is $6,329.94 consisting of the foregoing total of missed post-petition payments in the amount of $5,298.94, plus the following post-petition fees and possible advances for taxes and insurance.

| Description | Amount |
|---|---|
| Attorney Fees and Costs | $1,031.00 |
| | Total:   $1,031.00 |

10.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on January 8, 2020 , _____ .

*Chastity Wilson*
**Signature**
Chastity Wilson
Assistant Secretary of Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant

STATE OF Texas )
) ss.
COUNTY OF Denton )