ROSENBERG & ASSOCIATES, LLC
7910 Woodmont Avenue,
Suite 750
Bethesda, MD. 20814

50778   350

2015 AUG -7 AM 10: 55

FILED
CLERK OF COURT
CLERKS OFFICE
MONTGOMERY CO. MD

Recording Requested By:
SELECT PORTFOLIO SERVICING, INC.

BILL KOCH
SELECT PORTFOLIO SERVICING, INC.
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115

## CORRECTIVE
## CORPORATE ASSIGNMENT OF DEED OF TRUST

Montgomery, Maryland   REFERENCE #: ▮   "ABELMAN"
INVESTOR #: DQ7
MERS #: ▮   VRU #: ▮

Assignment Prepared on: July 10th, 2015.

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS") AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC. ITS SUCCESSORS AND ASSIGNS at P.O. BOX 2026, FLINT, MI 48501-2026.

Assignee: U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR TO LASALLE BANK NA, AS TRUSTEE, FOR THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, WMALT SERIES 2005-11 TRUST at C/O SELECT PORTFOLIO SERVICING, INC. 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115.

Executed By: DINAH S ABELMAN AS SOLE OWNER  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC. ITS SUCCESSORS AND ASSIGNS

Date of Deed of Trust: 10/06/2005 Recorded: 10/28/2005 in Book/Reel/Liber: 31102 Page: 021 In Montgomery County, State of Maryland.

G-PIN/Tax Map No 08-54-02740650

Property Address: 6705 APPLEWOOD PLACE, ROCKVILLE, MD  20855

Legal: ******CORRECTIVE ASSIGNMENT BEING RECORDED TO CORRECT ASSIGNEE ON THE ASSIGNMENT PREVIOUSLY RECORDED ON 10/03/2011 IN BOOK 42303 AND PAGE 160*******

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $689,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS")
On JUL 2 2 2015

By: _____
BARBARA NEALE, ASSISTANT SECRETARY

STATE OF UTAH
COUNTY OF SALT LAKE
On JUL 2 2 2015, before me, Susan L. Johnson, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared BARBARA NEALE, ASSISTANT SECRETARY, signing on behalf of Mortgage Electronic Registration Systems, Inc., ("MERS"), personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Notary Expires:



(This area for notarial seal)

*JH*JHAMRC*07/08/2015 02:14:00 PM* AMRC83AMRC0000000000000000882686* MDMONTG* ▮ MDMONTG_TRUST_ASSIGN_ASSN *TMW*TMWAMRC*

STATE OF UTAH NOTARY PUBLIC
SUSAN L JOHNSON
COMMISSION # 657919
MY COMMISSION EXPIRES:
09-01-2016



```
            Circuit Court for
            MONTGOMERY COUNTY
            Clerk of the Court.
           BARBARA H. MEIKLEJOHN
            50 MARYLAND AVENUE
          ROCKVILLE, MD  20850-2393
              (240) 777-9400

Transaction Block:      2185
ASSIGNMENT 20           AMOUNT
  IMP FD SURE            40.00
  RECORDING FEE 20       20.00

SUBTOTAL:                60.00

TOTAL CHARGES:           60.00

PAYMENTS
  CHECK                  60.00

TOTAL TENDERED:          60.00


       Cashier:   AV Reg # M005
         Rcpt #      62329
   Date: Aug 07, 2015   Time: 10:54 am
```

58709