**SO ORDERED**

No response or opposition.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Located in Greenbelt

| | |
|---|---|
| IN RE:<br><br>PATRICIA L. CAPLAN<br><br>Debtor | Case No. 17-21219-TJC<br>Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019<br><br>　　Movant<br>v.<br><br>PATRICIA L. CAPLAN<br>25 Ethelwood Court<br>Olney, MD 20832<br><br>　　Respondents | Motion No. |

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 56551

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

 Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland

 ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable U.S. Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10, its successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements known as 25 Ethelwood Court, Olney, MD 20832, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtors' interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

cc: Mark D. Meyer, Esq.
    Rosenberg & Associates, LLC
    4340 East West Highway, Suite 600
    Bethesda, MD 20814

    Patricia L. Caplan
    25 Ethelwood Court
    Olney, MD 20832

Rebecca A Herr, Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Sari Karson Kurland, Esquire
The Law Offices of Sari K. Kurland, LLC
211 Jersey Lane
Rockville MD  20850

End of Order

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 56551