```
                         United States Bankruptcy Court
                              District of Maryland
In re:                                                      Case No. 17-21219-TJC
Patricia Lynn Caplan                                        Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: dwalston              Page 1 of 1                  Date Rcvd: Feb 12, 2020
                              Form ID: pdfparty           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
db            +Patricia Lynn Caplan,    25 Ethelwood Court,    Olney, MD 20832-2900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
              Fredrick Eric Nix    fnix@ch13md.com
              James C. Martin     jcm@bankruptcylawman.com,  nel@bankruptcylawman.com,info@bankruptcylawman.com,
               ninasnumber@yahoo.com,martinjr88221@notify.bestcase.com
              Kristine D Brown    ecf@logs.com
              Mark David Meyer    bankruptcy@rosenberg-assoc.com
              Rebecca A. Herr    ecf@ch13md.com
              Sari Karson Kurland    skurland2@comcast.net,  admin@sarikurland.com,
               kurlandsr71821@notify.bestcase.com,marie-claire@sarikurland.com
                                                                                            TOTAL: 6

Entered: February 12th, 2020
Signed: February 12th, 2020

**SO ORDERED**

No response or opposition.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt**

| | |
|---|---|
| IN RE:<br><br>PATRICIA L. CAPLAN<br><br>    Debtor | Case No. 17-21219-TJC<br>Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019<br><br>    Movant<br>v.<br><br>PATRICIA L. CAPLAN<br>25 Ethelwood Court<br>Olney, MD 20832<br><br>    Respondents | Motion No. |

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 56551

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable U.S. Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-10, its successors and/or assigns, to proceed with the foreclosure sale against the real property and improvements known as 25 Ethelwood Court, Olney, MD 20832, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtors' interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

cc: Mark D. Meyer, Esq.
    Rosenberg & Associates, LLC
    4340 East West Highway, Suite 600
    Bethesda, MD 20814

    Patricia L. Caplan
    25 Ethelwood Court
    Olney, MD 20832

Rebecca A Herr, Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Sari Karson Kurland, Esquire
The Law Offices of Sari K. Kurland, LLC
211 Jersey Lane
Rockville MD  20850

End of Order

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 56551