Entered: April 21st, 2021
Signed: April 21st, 2021

**SO ORDERED**

FILED

2021 APR 20  PM 3:40

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In re:  Miscellaneous Proceeding to
Remove Kristine D. Brown,
Esq., and Substitute William M.
Savage, Esq. as Counsel

Miscellaneous Case No. _____

### ORDER GRANTING MISCELLANEOUS PROCEEDING
### TO SUBSTITUTE COUNSEL

This matter is before the Court on LOGS LEGAL GROUP LLP's Miscellaneous

Proceeding to remove Kristine D. Brown, Esq. (Federal Bar No. 14961) and substitute William

M. Savage, Esq. (Federal Bar No. 06335) as Counsel for the parties represented in the cases

listed in Exhibit A filed with the Miscellaneous Proceeding, the lack of opposition thereto and

the record herein, it is

ORDERED that the relief requested in the Miscellaneous Proceeding is GRANTED and

it is further

ORDERED that the appearance of Kristine D. Brown, Esq. (Federal Bar No. 14961) shall

be removed and the appearance of William M. Savage, Esq. (Federal Bar No. 06335) shall be

entered for each of the represented parties in each of the cases listed in the Exhibit A filed with

the Miscellaneous Pleading.

I ask for this:

Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800 / logsecf@logs.com

William M. Savage, Esquire
Federal I.D. Bar No. 06335
LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800 / logsecf@logs.com

Copies to be sent to:

LOGS LEGAL GROUP LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800

**END OF ORDER**