Entered: July 23rd, 2021
Signed: July 22nd, 2021
**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In Re:

PATRICIA LYNN CAPLAN

Debtor

Case No. 17-21219-TJC
Chapter 13

### AMENDED EMPLOYER'S PAYMENT ORDER

IT APPEARING that PATRICIA LYNN CAPLAN, SSN: XXX-XX-3835, the debtor above named, has filed a plan under Chapter 13 of Title 11, United States Code, and that said plan was confirmed by the Court and,

That under the provisions of 11 U.S.C. Section 1325(c), any entity from whom the debtor receives income shall pay all or any part of such income to the Trustee as may be ordered by the Court and a portion of the debtor's earnings from services are necessary for the execution of the debtor's plan.

IT FURTHER APPEARING that the debtor is employed by:

CMC ICOS BIOLOGICS INC
22021 20TH AVENUE SE
BOTHELL, WA  98021
Attn: Payroll Dept.

IT IS ORDERED, that the employer shall deduct the sum of $1,000.00 MONTHLY on or before the 20th day of each month, from the debtor's wages, salary or commission and pay the sum to:

REBECCA A HERR TRUSTEE
P O BOX 853
MEMPHIS, TN  38101-0853
(301) 805-4700

commencing with the first payment of wages, salary or commission after receipt of this Order, until further Order.

IT IS FURTHER ORDERED, that said employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination;

IT IS FURTHER ORDERED, that until further Order of this Court, the Employer shall not make any deduction for account of any garnishment, wage assignment, credit union or any other purpose except deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the Debtor's employment contract, collection of amounts due for repayment of any loan from a qualified employer-sponsored pension, profit-sharing or other tax-exempt retirement plan, and child support withholdings for current obligation pursuant to an order of a court of competent jurisdiction.

cc:

PATRICIA LYNN CAPLAN
25 ETHELWOOD COURT
OLNEY, MD  20832
*Debtor*

SARI K KURLAND ESQUIRE
211 JERSEY LANE
ROCKVILLE, MD  20850
*Attorney for Debtor*

CMC ICOS BIOLOGICS INC
22021 20TH AVENUE SE
BOTHELL, WA  98021
*Employer*

REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
*Trustee*

**END OF ORDER**