United States Bankruptcy Court
District of Maryland

In re:  
Patricia Lynn Caplan  
    Debtor

Case No. 17-21219-TJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2  
Date Rcvd: Jul 23, 2021      Form ID: pdfparty      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia Lynn Caplan, 25 Ethelwood Court, Olney, MD 20832-2900 |
|  | + CMC ICOS BIOLOGICS INC, 22021 20TH AVENUE SE, BOTHELL, WA 98021-4406 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Fredrick Eric Nix | fnix@ch13md.com |
| James C. Martin | jcm@bankruptcylawman.com  info@bankruptcylawman.com,nel@bankruptcylawman.com,martinjr88221@notify.bestcase.com |
| Kristine D Brown | LOGSECF@logs.com |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Rebecca A. Herr | ecf@ch13md.com |
| Sari Karson Kurland | skurland2@comcast.net  admin@sarikurland.com,kurlandsr71821@notify.bestcase.com,marie-claire@sarikurland.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Jul 23, 2021 Form ID: pdfparty Total Noticed: 2
TOTAL: 6

Entered: July 23rd, 2021
Signed: July 22nd, 2021

**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In Re:

PATRICIA LYNN CAPLAN

Case No. 17-21219-TJC
Chapter 13

Debtor

### AMENDED EMPLOYER'S PAYMENT ORDER

    IT APPEARING that PATRICIA LYNN CAPLAN, SSN: XXX-XX-3835, the debtor above named, has filed a plan under Chapter 13 of Title 11, United States Code, and that said plan was confirmed by the Court and,

    That under the provisions of 11 U.S.C. Section 1325(c), any entity from whom the debtor receives income shall pay all or any part of such income to the Trustee as may be ordered by the Court and a portion of the debtor's earnings from services are necessary for the execution of the debtor's plan.

    IT FURTHER APPEARING that the debtor is employed by:

        CMC ICOS BIOLOGICS INC
        22021 20TH AVENUE SE
        BOTHELL, WA  98021
        Attn: Payroll Dept.

    IT IS ORDERED, that the employer shall deduct the sum of $1,000.00 MONTHLY on or before the 20th day of each month, from the debtor's wages, salary or commission and pay the sum to:

        REBECCA A HERR TRUSTEE
        P O BOX 853
        MEMPHIS, TN  38101-0853
        (301) 805-4700

commencing with the first payment of wages, salary or commission after receipt of this Order, until further Order.

IT IS FURTHER ORDERED, that said employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination;

IT IS FURTHER ORDERED, that until further Order of this Court, the Employer shall not make any deduction for account of any garnishment, wage assignment, credit union or any other purpose except deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the Debtor's employment contract, collection of amounts due for repayment of any loan from a qualified employer-sponsored pension, profit-sharing or other tax-exempt retirement plan, and child support withholdings for current obligation pursuant to an order of a court of competent jurisdiction.

cc:

PATRICIA LYNN CAPLAN
25 ETHELWOOD COURT
OLNEY, MD  20832
*Debtor*

SARI K KURLAND ESQUIRE
211 JERSEY LANE
ROCKVILLE, MD  20850
*Attorney for Debtor*

CMC ICOS BIOLOGICS INC
22021 20TH AVENUE SE
BOTHELL, WA  98021
*Employer*

REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
*Trustee*

**END OF ORDER**